Clerk's Office
United States District Court
for the District of Columbia
Washington, DC 20001
January 10, 2007

Clerk, United States District Court
for the Eastern District of Wisconsin
362 United States Courthouse and Federal Building
517 East Wisconsin Avenue
Milwaukee, WI   53202

**IN RE: LONG-DISTANCE TELEPHONE SERVICE
FEDERAL EXCISE TAX REFUND LITIGATION - MDL 1798**

Dear Clerk:

Enclosed is a certified copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 12/28/06. We have assigned a new individual civil action number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action.

| **Title of Case** | **Your Number** | **Our Number** |
|---|---|---|
| **Neiland Cohen v. United States of America** | C.A. No. 2:05-1237 | C.A. No. 1:07-51 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By_____
Katherine S. Snuffer
Trainer/Quality Control Specialist
(202) 354-3183

cc:   MDL Panel, Clerk
      Nancy Mayer-Whittington, Clerk
      Judge Ricardo M. Urbina
      Jim Dales, Courtroom Clerk
      MDL Misc. Case No. 07-14

Clerk's Office
United States District Court
for the District of Columbia
Washington, DC 20001
January 10, 2007

Clerk, United States District Court
for the Central District of California
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

### IN RE: LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION - MDL 1798

Dear Clerk:

Enclosed is a certified copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 12/28/06. We have assigned a new individual civil action number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action.

| **Title of Case** | **Your Number** | **Our Number** |
|---|---|---|
| **Oscar Gurrola, et al. v. United States of America** | C.A. No. 2:06-3425 | C.A. No. 1:07-50 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By_____
Katherine S. Snuffer
Trainer/Quality Control Specialist
(202) 354-3183

cc:   MDL Panel, Clerk
      Nancy Mayer-Whittington, Clerk
      Judge Ricardo M. Urbina
      Jim Dales, Courtroom Clerk
      MDL Misc. Case No. 07-14