UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

**In re:  Long-Distance Telephone Service**
**Federal Excise Tax Refund Litigation**
**MDL 1798**

**NEILAND COHEN**,

             Plaintiff,

-vs-

**UNITED STATES OF AMERICA**,

             Defendant.

C.A. No. 1:07-MC-14-RMU
(C.A. No. 1:07-51)

---

## STIPULATION

---

The parties to the above-entitled litigation, by their undersigned attorneys, hereby stipulate that an order may be entered pursuant to Rule 16, Fed. R. Civ. Proc., providing as follows:

    1.    Further briefing on the motion for a protective order filed by the government in that case prior to transfer may be deferred until a case management conference in the transferred cases, or other order of the United States District Court for the District of Columbia;

    2.    Further briefing on the motion for a preliminary injunction filed by the plaintiff in that case prior to transfer may be deferred until February 15, 2007, or a case management conference in the United States District Court for the District of Columbia, or other order of such Court, whichever is earlier; and

3.  The government may move, answer, or otherwise plead in response to plaintiff's second amended complaint on or before February 15, 2007, or on such later date as may be specified by the United States District Court for the District of Columbia.

Dated this 17th day of January, 2007.

> s/ Gregory E. Van Hoey
> Maryland Bar
> **Attorneys for Defendant**
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 7238
> Ben Franklin Station
> Washington, D.C.  20044-7238
> Telephone:  (202) 307-6391
> Facsimile:  (202) 514-6770
> E-mail  gregory.van.hoey@usdoj.gov

Dated this 17th day of January, 2007.

> s/ Michael D. Leffel
> Attorney Bar Number:  464721 (D.C.)
> FOLEY & LARDNER LLP
> 150 East Gilman Street
> Madison WI  53703-1481
> (608) 258-4258
>
> Michael A. Bowen
> Attorney Bar Number:  1016965 (Wis.)
> Zhu (Julie) Lee
> Attorney Bar Number:  1032454 (Wis.)
> Isaac J. Morris
> Attorney Bar Number:  1053535 (Wis.)
> FOLEY & LARDNER LLP
> 777 East Wisconsin Avenue
> Milwaukee WI  53202-5306
> Telephone:  (414) 271-2400
>
> **Attorneys for Plaintiff**
>
> Direct Inquiries to:

Michael A. Bowen
Telephone: (414) 297-5538
Facsimile: (414) 297-4900
E-mail: mbowen@foley.com

3

MILW_2180024.1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**In re: Long-Distance Telephone Service
Federal Excise Tax Refund Litigation
MDL 1798**

**NEILAND COHEN**,

      Plaintiff,

-vs-

**UNITED STATES OF AMERICA**,

      Defendant.

C.A. No. 1:07-MC-14-RMU
(C.A. No. 1:07-51)

**ORDER**

Upon the foregoing stipulation, IT IS HEREBY ORDERED, pursuant to Rule 16, Fed. R. Civ. Proc., that the terms of the stipulation be, and the same hereby are, adopted as the order of this Court.

Dated this _____ day of _____, 2007.

      UNITED STATES DISTRICT COURT FOR THE
      DISTRICT OF COLUMBIA

_____
Ricardo M. Urbina
District Court Judge