A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In re: Long-Distance Telephone Service Federal Excise
Tax Refund Litigation, MDL 1798,
NEILAND COHEN,

                 Plaintiff(s)        )
                                  )    **APPEARANCE**
                                  )
                                  )
             vs.             )    CASE NUMBER   1:07-MC-14-RMU (C.A. No. 1:07-51)
UNITED STATES OF AMERICA,     )
                                  )
           Defendant(s)      )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Michael A. Bowen   as counsel in this
                                      (Attorney's Name)

case for:   Neiland Cohen
                    (Name of party or parties)

January 25, 2007
———————————————
Date

                                         Signature

1016965 (Wisconsin)
———————————————
BAR IDENTIFICATION

                                         Michael A. Bowen
                                         Print Name

                                         Foley & Lardner LLP, 777 E. Wisconsin Ave.
                                         Address

                                         Milwaukee   WI      53202
                                         City        State      Zip Code

                                         414/297-5538
                                         Phone Number