AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In re: Long -Distance Telephone Service Federal Excise
Tax Refund Litigation, MDL 1798,
OSCAR GURROLA                               )
         Plaintiff(s)                    )    **APPEARANCE**
                                         )
                                         )
         vs.                             )    CASE NUMBER   1:07:mc-14-RMU (CA No. 1:07-50)
UNITED STATES OF AMERICA                    )
                                         )
         Defendant(s)                    )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Sidney A. Backstrom  as counsel in this
                                        (Attorney's Name)

case for: Oscar Gurrola
              (Name of party or parties)

January 30, 2007
Date

*[Signature]*
Signature

Miss. Bar #99890
BAR IDENTIFICATION

Sidney A. Backstrom
Print Name

Scruggs Law Firm, P.O.Box 1136
Address

Oxford, MS 38655
City    State    Zip Code

(662)281-1212
Phone Number