UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION | : : : : : : : : | Master File:   07-mc-0014 (RMU)  <br> Member Cases:  <br> 06-cv-483:   *Sloan et al. v. United States* <br> 07-cv-050:   *Gurrola et al. v. United States* <br> 07-cv-051:   *Cohen v. United States* <br> 06-cv-11459: *Belloni v. Verizon Commc'ns* |
| This Document Relates To: ***Cohen v. United States*** | : : : | MDL Docket No. **1798** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 28 ,2006 I electronically filed Neiland Cohen's Brief in Opposition to Government's Motion to Dismiss Cohen's Claim Under the Administrative Procedure Act and its exhibit with the Clerk of the Court using the **ECF system** which will send notification of such filing to the following:

| | |
|---|---|
| Gregory E. Van Hoey <br> Ivan C. Dale <br> U.S. Department of Justice <br> Tax Division <br> 555 4th Street NW <br> P.O. Box 7238 <br> Washington, D.C.  20044-7238 | Nicholas E. Chimicles <br> Benjamin F. Johns <br> CHIMICLES & TIKELLIS LLP <br> One Haverford Centre <br> 361 West Lancaster Avenue <br> Haverford PA  19041 |
| Jonathan W. Cuneo <br> Charles J. LaDuca <br> Steven N. Berk <br> Robert Cynkar <br> CUNEO GILBERT & LADUCA LLP <br> 507 C Street N.E. <br> Washington, D.C.  20002 | Sydney A. Backstrom <br> Richard F. Scruggs *(through Backstrom)* <br> SCRUGGS LAW FIRM, PA <br> 120A Courthouse Square <br> P.O. Box 1136 <br> Oxford MS  38655 |
| Daniel Paul Collins <br> Daniel L. Geyser *(through Collins)* <br> Burton A. Gross *(through Collins)* <br> Joseph D. Lee *(through Collins)* <br> MUNGER, TOLLES & OLSON LLP <br> 355 South Grand Avenue, 35th Floor <br> Los Angeles CA  90071 | Richard Henry Dolan <br> Schlam Stone & Dolan, LLP <br> 26 Broadway <br> New York NY  10004 |

MILW_2230356.1

| | |
|---|---|
| Christopher R. Neufeld | R. Gaylord Smith |
| Kelechi O. Onyeobia | Lewis Brisbois Bisgaard & Smith |
| Law Offices of Kelechi O. Onyeobia, P.C. | 550 West C Street, Suite 800 |
| 1218 Walton Avenue, Suite 108 | San Diego CA  92101 |
| Bronx NY  10452 | |

I hereby certify that on February 28, 2006 I have **mailed** by United States Postal Service Neiland Cohen's Brief in Opposition to Government's Motion to Dismiss Cohen's Claim Under the Administrative Procedure Act and its exhibit to the following **non-ECF** participants:

| | |
|---|---|
| Christopher Weld, Jr. | John P. Frantz |
| Kevin T. Peters | One Verizon Way |
| TODD & WELD LLP | VC54N067 |
| 28 State Street | Basking Ridge NJ  07920 |
| Boston MA  02109 | |
| | |
| Alejandro Mayorkas | P. Scott Wolleson |
| Sandra Sepulveda | The Boles Law Firm |
| O'MELVENY & MYERS LLP | P.O. Box 2065 |
| 400 South Hope Street | Monroe LA  71207-2065 |
| Los Angeles CA  90071 | |

Dated this 28th day of February, 2007.

s/ Michael A. Bowen
Attorney Bar Number:  1016965 (Wis.)
Zhu (Julie) Lee
Attorney Bar Number:  1032454 (Wis.)
Isaac J. Morris
Attorney Bar Number:  1053535 (Wis.)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee WI  53202-5306
Telephone:  (414) 271-2400

Michael D. Leffel
Attorney Bar Number:  464721 (D.C.)
FOLEY & LARDNER LLP
150 East Gilman Street
Madison WI  53703-1481
(608) 258-4258

Direct Inquiries to:
Michael A. Bowen
Telephone:  (414) 297-5538
Facsimile:  (414) 297-4900

E-mail: mbowen@foley.com

**Attorneys for Plaintiff Cohen**

MILW_2230356.1