A CERTIFIED TRUE COPY
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
APR 19 2007

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
APR 19 2007
FILED
CLERK'S OFFICE

## DOCKET NO. 1798

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION

*Anthony Belloni, et al. v. Verizon Communications Inc., et al.,* S.D. New York, C.A. No. 1:06-11459

### BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,* ROBERT L. MILLER, JR.,* KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA,* JUDGES OF THE PANEL

## TRANSFER ORDER

Before the Panel are motions brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in this action (*Belloni*) and plaintiffs in one of the three actions already centralized in this docket, respectively. Movants ask the Panel to vacate its order conditionally transferring *Belloni* to the District of District of Columbia for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge Ricardo M. Urbina. Responding defendants support transfer of *Belloni*.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that this action involves common questions of fact with actions in this litigation previously transferred to the District of District of Columbia, and that transfer of the action to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel is persuaded that transfer of the action is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the District of District of Columbia was a proper Section 1407 forum for actions brought by plaintiffs seeking reimbursement of the federal communications excise tax on long-distance telephone service, where the charge for such service was not based on the distance of the telephone call. *See In re Long-Distance Telephone Service Federal Excise Tax Refund Litigation,* 469 F.Supp.2d. 1348 (J.P.M.L. 2006).

Movants principally argue that, unlike plaintiffs in the already centralized actions, the *Belloni* plaintiffs have elected to sue telecommunications companies rather than the Federal Government. That difference notwithstanding, *Belloni* implicates various common issues with the already centralized actions, including questions concerning the amounts of the excise tax collected and remitted and the time period for which liability may attach. Transfer will also eliminate the possibility of conflicting rulings on exhaustion of remedies, class certification, and the Federal Government's ultimate liability.

---

\* Judges Motz, Miller and Scirica took no part in the disposition of this matter.

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the District of District of Columbia and, with the consent of that court, assigned to the Honorable Ricardo M. Urbina for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

_____
Wm. Terrell Hodges
Chairman

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

April 19, 2007

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

*CA07-14 RMU*

Re:   MDL-1798 -- In re Long-Distance Telephone Service Federal Excise Tax Refund Litigation

*Anthony Belloni, et al. v. Verizon Communications, Inc., et al.,* S.D. New York, C.A. No. 1:06-11459

Dear Ms. Mayer-Whittington:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
   Deputy Clerk

Enclosures/Attachment

cc:   Transferee Judge:  Judge Ricardo M. Urbina
      Transferor Judge:  Judge Deborah A. Batts
      Transferor Clerk:  J. Michael McMahon

JPML Form 29