Clerk's Office
United States District Court
For the District of Columbia
Washington, DC 2001
May 9, 2007

Clerk, United States District Court
for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**IN RE: MDL 1798: In Re: LONG-DISTANCE TELEPHONE SERVICE
FEDERAL EXCISE TAX FEFUND LITIGATION**   MDL 07-14 RMU

Dear Clerk:

Enclosed is a certifed copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 4/19/07. We have assigned a new individual civil action number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action number.

| **Title of Case** | **Your Number** | **Our Number** |
|---|---|---|
| **Anthony Belloni, et al.** v.Verizon Communications, Inc., et al. | C.A. No. 1:06-11459 | C.A. No. 07-801 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By _____
Katherine S. Snuffer
Trainer/Quality Control Specialist (202) 354-3183

cc:   MDL Panel
      Nancy Mayer-Whittington, Clerk
      Judge Ricardo M. Urbina
      Jim Dales, Courtroom Clerk
      Jacqueline Francis, Docket Clerk