UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION | Master File: 07-mc-0014 (RMU) <br><br> Member Cases: <br> 06-cv-483: *Sloan et al. v. United States* <br> 07-cv-050: *Gurrola et al. v. United States* <br> 07-cv-051: *Cohen v. United States* <br> 06-cv-11459: *Belloni v. Verizon Commc'ns* |
| This Document Relates To: <br> ALL CASES | MDL Docket No. 1798 |

### CENTURYTEL, INC.'S NOTICE OF APPEARANCE

NOW INTO COURT, through undersigned counsel comes CENTURYTEL, INC., which is a named Defendant in *Belloni v. Verizon Communications* and gives notice of its appearance and of its desire to be furnished with notice of all proceedings affecting the property.

Respectfully submitted,

**BREITHAUPT, DUNN, DUBOS, SHAFTO & WOLLESON, LLC**
1800 Hudson Lane, Suite 200-A
Monroe, Louisiana 71201
Telephone:   (318) 322-1202
Facsimile:   (318) 322-1984

**BY**: _____
        P. Scott Wolleson     (#22691)

**ATTORNEYS FOR CENTURYTEL, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was this date mailed to the parties and counsel listed on the attached Service List via First Class Mail this 22nd day of May, 2007.

_____
P. SCOTT WOLLESON