AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In re: Long-Distance Telephone Service Federal Excise
Tax Refund Litigation, MDL 1798
BELLONI, ET AL.

|  |  |
|---|---|
| Plaintiff(s) ) | **APPEARANCE** |
| ) |  |
| vs. ) | CASE NUMBER   07-mc-0014 (RMU) (06-cv-11459) |
| VERIZON COMMUNICATIONS, ET AL. ) |  |
| Defendant(s) ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of   John J. Lavelle   as counsel in this
                                 (Attorney's Name)

case for:   T-Mobile USA, Inc.
            (Name of party or parties)

May 31, 2007
Date

Pro Hac requirement waived by Judge Urbina's Order.
BAR IDENTIFICATION

*Signature*
Signature

John J. Lavelle
Print Name

Sidley Austin LLP, 787 Seventh Avenue
Address

New York, New York  10019
City             State             Zip Code

212-839-5396
Phone Number