AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

```
In re Long-Distance Telephone
Service Federal Excise Tax
Refund Litigation                    )
                Plaintiff(s)         )      APPEARANCE
                Belloni              )
                                     )
            vs.                      )      CASE NUMBER
                                     )      Master File: 07-MC-0014 (RMU)
                                     )      Member Case: 06-CV-11459
                Defendant(s)         )
    Verizon Communications, Inc.
```

To the Clerk of this court and all parties of record:

Please enter the appearance of ___Rebecca Min___ as counsel in this
                                  (Attorney's Name)

case for: ___Virgin Mobile USA, LLC_____
             (Name of party or parties)

___6/4/07___                          ___Rebecca Min /EMM___
Date                                  Signature

___SDNY RM-5575___                    Rebecca Min
BAR IDENTIFICATION                    Print Name

                                      4 Times Square
                                      Address

                                      New York    NY    10036
                                      City        State Zip Code

                                      212-735-3664
                                      Phone Number

American LegalNet, Inc.
www.USCourtForms.com