A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In re Long-Distance Telephone  
Service Federal Excise Tax  
Refund Litigation )  
        Plaintiff(s) )    **APPEARANCE**  
        Belloni )  
         )  
        vs. )    CASE NUMBER  
         )    Master File:07-MC-0014 (RMU)  
         )    Member Case: 06-CV-11459  
        Defendant(s) )  
  Verizon Communications, Inc.

To the Clerk of this court and all parties of record:

Please enter the appearance of   __Susan L. Saltzstein__   as counsel in this  
                               (Attorney's Name)  
case for:  __Virgin Mobile USA, LLC__  
          (Name of party or parties)

__6/4/07__  
Date

__SDNY   SS-1907__  
BAR IDENTIFICATION

_Susan L. Saltzstein_ (signature)  
Signature

Susan L. Saltzstein  
Print Name

4 Times Square  
Address

New York    NY    10036  
City    State    Zip Code

212-735-4132  
Phone Number

American LegalNet, Inc.
www.USCourtForms.com