AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In re: Long-Distance Telephone Service Federal Excise
Tax Refund Litigation, MDL 1798
BELLONI, ET AL.
        Plaintiff(s)    )
                                 )    **APPEARANCE**
                                 )
            vs.            )    CASE NUMBER   07-mc-0014
VERIZON COMMUNICATIONS, ET AL. )
                                 )    MDL Docket No. 1798
        Defendant(s)    )    Member Case 07-cv-801

To the Clerk of this court and all parties of record:

Please enter the appearance of  John W. Rogers  as counsel in this
                                (Attorney's Name)

case for:  Sprint Nextel Corp.
             (Name of party or parties)

| | |
|---|---|
| 6/5/07 | *(signature)* |
| Date | Signature |
| EDMO   62021 | John W. Rogers |
| Pro hac requirement waived by Judge Urbina's Order | Print Name |
| BAR IDENTIFICATION | Bryan Cave LLP, 211 N. Broadway, Ste. 3600 |
| | Address |
| | St. Louis, MO  63102 |
| | City   State   Zip Code |
| | 3134-259-2009 |
| | Phone Number |