## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION ) ) ) ) This document relates to: ) ) *Belloni v. Verizon Communications, Inc.* ) ) | MDL Docket No. **1798** <br><br> Master File: 07-mc-0014 (RMU) <br><br> Member Case: 07-cv-801 |

### NOTICE OF APPEARANCE
### <u>OF COUNSEL FOR DEFENDANT MCI, INC.</u>

To the Clerk of this Court and all parties of record:

Please enter the appearance of Daniel Collins and Burton Gross as counsel for Defendant MCI, Inc., which is a named defendant in *Belloni v. Verizon Communications*. Both Mr. Collins and Mr. Gross have already appeared in *Belloni* as counsel for defendant Verizon Communications Inc., and both have registered with this Court's ECF program. Pursuant to Judge Urbina's Practice and Procedure Order, no pro hac vice application is required and no local counsel need be designated.

Dated: July 27, 2007

Respectfully submitted,

 /s/ *Daniel P. Collins*
Daniel P. Collins (DC Bar # 426546)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071
(213) 683-9100

 /s/ *Burton A. Gross*
Burton A. Gross (CA Bar #166285)
MUNGER, TOLLES & OLSON LLP
560 Mission Street 27th Floor
San Francisco, CA  94105
(415) 512-4000

Attorneys for Defendants Verizon Communications Inc. and MCI, Inc.