UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION | MDL Docket No. 1798 |
| | Master File:  07-mc-0014 (RMU) |
| This Document Relates To: | Member Case: 07-cv-801 |
| *Belloni v. Verizon Communications, Inc.* | |

NOTICE OF APPEARANCE OF
COUNSEL FOR VIRGIN MOBILE USA, LLC

To the Clerk of this Court and all parties of record:

Please enter the appearance of Susan L. Saltzstein as counsel in this case for Virgin Mobile USA, LLC, which is a named defendant in *Belloni v. Verizon Communications, Inc.*

Respectfully submitted,

Susan L. Saltzstein (SDNY SS-1907)
SKADDEN, ARPS, SLATE
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Dated: July 31, 2007

Attorneys for Defendant Virgin Mobile USA, LLC