UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION<br><br>This document relates to:<br><br>*Belloni v. Verizon Communications Inc.*<br>. | ) MDL Docket No. 1798<br>)<br>) Master File:    07-mc-0014-RMU<br>)<br>) Member Case: 07-cv-801-RMU<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE

Plaintiffs filed an Amended Class Action Complaint (the "Amended Complaint") in the above-captioned action on December 21, 2006. On April 19, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") transferred this action to this Court, the United States District Court for the District of Columbia, the Honorable Ricardo M. Urbina, for inclusion in the coordinated or consolidated pretrial proceedings occurring here.

In light of the number of parties named in the Amended Complaint and the efficiencies that will be served by a coordinated briefing schedule and discovery stay, the Parties wish to establish a joint and agreed-upon briefing schedule for Defendants' anticipated motions to dismiss and a stay of discovery.

WHEREFORE, the Parties respectfully request that the Court grant the attached [Proposed] Order, jointly submitted on behalf of Plaintiffs' and Defendants' counsel in above-captioned action.[1]

---

[1] The Parties agree that no Party will argue this joint motion constitutes a waiver or abandonment by any of the Defendants of any substantive or procedural defenses including, but not limited to,
*(cont'd)*

Dated: New York, New York
        June  20 , 2007

                                    Respectfully submitted,


/s/ Christopher Neufield                          /s/ Michael B. Carlinsky
Christopher Neufield                              Michael B. Carlinsky
LAW OFFICES OF KELECHI O.                         QUINN EMANUEL URQUHART
  ONYEOBIA, P.C.                                    OLIVER & HEDGES, LLP
485 Lorimer Street, Suite 205                     5 1 Madison Avenue, 22nd Floor
Brooklyn, New York 11211                          New York, New York 1 001 0
(646) 660-1964                                    (212) 849-7000

Attorneys for Plaintiffs                          Attorneys for Defendant Alltel Corp.



/s/  Michael K. Kellogg                           /s/  Michael K. Kellogg
Michael K. Kellogg (DC Bar # 372049)              Michael K. Kellogg (DC Bar # 372049)
Sean Lev (DC Bar # 449936)                        Sean Lev (DC Bar # 449936)
KELLOGG, HUBER, HANSEN, TODD                      KELLOGG, HUBER, HANSEN, TODD
  EVANS & FIGEL, P.L.L.C                            EVANS & FIGEL, P.L.L.C
1615 M Street, NW, Suite 400                      1615 M Street, NW, Suite 400
Washington, DC 20036                              Washington, DC 20036
(202) 326-7900                                    (202) 326-7900

Attorneys for Defendant AT&T Inc.                 Attorneys for Defendant BellSouth Corp.

*AT&T Inc. objects to the jurisdiction of this    *BellSouth Corp. objects to the jurisdiction
Court over its person and is appearing for        of this Court over its person and is
the limited purpose of challenging this           appearing for the limited purpose of
Court's exercise of personal jurisdiction.        challenging this Court's exercise of
Pursuant to this objection, AT&T Inc. will        personal jurisdiction Pursuant to
move to dismiss this action under Fed. R.         this objection, BellSouth Corp. will move to
Civ. P. 12(b)(2).*                                dismiss this action under Fed. R. Civ. P.
                                                  12(b)(2).*

_____
*(cont'd from previous page)*
all jurisdictional defenses, including the defense of lack of jurisdiction over the person.  All such defenses are hereby expressly preserved.

/s/  P. Scott Wolleson
P. Scott Wolleson (La. Bar No. 22,691)
BREITHAUPT, DUNN, DUBOS,
  SHAFTO & WOLLESON, LLC
1800 Hudson Lane
Suite 200-A
Monroe, Louisiana 71201
(318) 322-1202

Attorneys for Defendant CenturyTel, Inc.

*CenturyTel, Inc. objects to the jurisdiction of this Court over its person and is appearing for the limited purpose of challenging this Court's exercise of personal jurisdiction. Pursuant to this objection, CenturyTel, Inc. will move to dismiss this action under Fed. R. Civ. P. 12(b)(2).*

/s/ Michael J. Shortley
Michael J. Shortley
1080 Pittsford-Victor Road
Pittsford, New York 14534
(585) 255-1429

Attorneys for Defendant Global Crossing North America Inc.


/s/ Alejandro N. Mayorkas
Alejandro N. Mayorkas
Sandra Sepulveda
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

Attorneys for Defendant Qwest Corp.

*Qwest Corporation objects to the jurisdiction of this Court over its person and is appearing for the limited purpose of challenging this Court's exercise of personal jurisdiction.  Pursuant to this objection, Qwest Corporation will move to dismiss this action under Fed. R. Civ. P. 12(b)(2).*

/s/ Herbert Teitelbaum
Herbert Teitelbaum
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 541-1083

Attorneys for Defendant Sprint Nextel Corp.

*/s/ Henk Brands*_____
Henk Brands (DC Bar # 451710)
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1615 L Street, N.W., Suite 1300
Washington, DC 20036-5694
(202) 223-7300

Attorneys for Defendant Time Warner Inc.

*/s/ Alan M. Unger*_____
Alan M. Unger
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300

Attorneys for Defendant T-Mobile USA Inc.

*/s/ Daniel P. Collins*_____
Daniel P. Collins (DC Bar # 426546)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
(213) 683-9125

Attorneys for Defendants Verizon Communications Inc. and MCI Inc.

*MCI Inc. objects to the jurisdiction of this Court over its person and is appearing for the limited purpose of challenging this Court's exercise of personal jurisdiction. Pursuant to this objection, MCI Inc. will move to dismiss this action under Fed. R. Civ. P. 12(b)(2).*

/s/  *Susan L. Saltzstein* _____
Susan L. Saltzstein
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-4132

Attorneys for Defendant
Virgin Mobile USA LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION<br><br>This document relates to:<br><br>*Belloni v. Verizon Communications Inc.*<br>. | ) MDL Docket No. 1798<br>)<br>) Master File:   07-mc-0014-RMU<br>)<br>) Member Case: 07-cv-801-RMU<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

UPON CONSIDERATION of the Parties' joint motion to establish a briefing schedule, it is this ____ of August, 2007 hereby

**ORDERED** that the Parties' joint motion is **GRANTED**, and that:

- Defendants shall answer, move, or otherwise respond to the Amended Complaint within ten (10) days of the Court's determination of consent to the MDL Panel's transfer order;

- Plaintiffs shall file any opposition to Defendants' motion(s) within sixty (60) days of the filing thereof (which time may be further extended subject to the Parties' agreement and the Court's approval); and

- Defendants shall file any reply in support of their motion(s) within thirty (30) days from the date that Plaintiffs file their opposition (which time may be further extended subject to the Parties' agreement and the Court's approval).

**FURTHER ORDERED** that notwithstanding any orders entered in any other action included in MDL No. 1798, all discovery by the Parties related to the Amended Complaint (except for discovery related to a defendant's motion to dismiss for lack of personal jurisdiction, to the extent necessary and permitted for resolution of such motion) is **STAYED** pending the Court's decision on Defendants' motions to dismiss the Amended Complaint, and Plaintiffs shall

not be required to move for class certification until ninety (90) days following the Court's decision on Defendants' motions to dismiss.

**SO ORDERED.**

_____
RICARDO M. URBINA
United States District Judge

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

Jeremy E. Hollander being duly sworn, deposes and says:

1. I am over eighteen years of age, not a party to the action and am employed by Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

2. That on the 1st day of August, 2007, I served a true copy of the

- *Joint Motion to Establish Briefing Schedule,* and

- *[Proposed] Order*

by first-class mail by depositing same in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York upon the attorneys listed below, who, as of today, are not registered to receive e-mail notifications from the court:

**Michael D. Leffel**
FOLEY & LARDNER, LLP
150 East Gilman Street Madison,
WI 53703 1481

**Kevin T. Peters**
TONY & WELD
28 State Street
Boston, MA 02109

**Richard F. Scruggs**

SCRUGGS LAW FIRM, PA

120A Courthouse Square

P.O. Box 1136

Oxford, MS 38655-1136

**Christopher Weld, Jr.**

TODD & WELD, LLP

28 State Street

Boston, MA 02110

**Kelechi Ozioma Onyeobia**

**Christopher R. Neufeld**

LAW OFFICES OF KELECHI O. ONYEOBIA, P.C.

1218 Walton Avenue Suite 108

Bronx, NY 10452

/s/ Jeremy E. Hollander

Jeremy E. Hollander

Sworn to before me this

1st day of August, 2007.

/s/ Brian E. Keating

Brian E. Keating

Notary Public, State of New York

No. 60-5009535

2

Qualified in New York County

Certificate Filed in New York County

Commission Expires March 15, 2011