UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION ) ) ) ) This document relates to: ) ) Belloni v. Verizon Communications Inc. ) ) ) | MDL Docket No. 1798<br><br>Master File:    07-mc-0014-RMU<br><br>Member Case: 07-cv-801-RMU<br><br>**FILED**<br><br>AUG 2 – 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**

UPON CONSIDERATION of the Parties' joint motion to establish a briefing schedule, it is this 2nd of August, 2007 hereby

**ORDERED** that the Parties' joint motion is **GRANTED**, and that:

- Defendants shall answer, move, or otherwise respond to the Amended Complaint within ten (10) days of the Court's determination of consent to the MDL Panel's transfer order;

- Plaintiffs shall file any opposition to Defendants' motion(s) within sixty (60) days of the filing thereof (which time may be further extended subject to the Parties' agreement and the Court's approval); and

- Defendants shall file any reply in support of their motion(s) within thirty (30) days from the date that Plaintiffs file their opposition (which time may be further extended subject to the Parties' agreement and the Court's approval).

**FURTHER ORDERED** that notwithstanding any orders entered in any other action included in MDL No. 1798, all discovery by the Parties related to the Amended Complaint (except for discovery related to a defendant's motion to dismiss for lack of personal jurisdiction, to the extent necessary and permitted for resolution of such motion) is **STAYED** pending the Court's decision on Defendants' motions to dismiss the Amended Complaint, and Plaintiffs shall

not be required to move for class certification until ninety (90) days following the Court's decision on Defendants' motions to dismiss.

**SO ORDERED.**

                                                                     RICARDO M. URBINA
                                                            United States District Judge