UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION<br><br>This Document Relates To:<br><br>*Belloni v. Verizon Communications Inc.* | MDL Docket No. **1798**<br><br>Master File: 07-mc-0014 (RMU)<br><br>Member Case: 07-cv-801 |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for AT&T Inc. and BellSouth Corporation, certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of AT&T Inc. and BellSouth Corporation which have any outstanding securities in the hands of the public:

AT&T Inc. is the parent company of BellSouth Corporation.[*] AT&T Inc. has no parent company and no subsidiaries or affiliates with outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

---

[*] BellSouth Corporation became a direct subsidiary of AT&T Inc. as a result of the December 29, 2006, merger between the two companies.

Dated: August 10, 2007                                   Respectfully submitted,

                                                   /s/ Sean A. Lev

| | |
|---|---|
| Javier Aguilar | Michael K. Kellogg (DC Bar # 372049) |
| Tracy N. Turner | Sean A. Lev (DC Bar # 449936) |
| AT&T SERVICES, INC. | KELLOGG, HUBER, HANSEN, TODD, |
| 175 E. Houston |   EVANS & FIGEL, P.L.L.C. |
| San Antonio, Texas 78205 | Sumner Square |
| Phone: (210) 351-5025 | 1615 M Street, N.W., Suite 400 |
| Facsimile: (210) 351-3458 | Washington, D.C. 20036 |
| | Phone: (202) 326-7900 |
| | Facsimile: (202) 326-7999 |

*Attorneys for Defendants AT&T Inc. and BellSouth Corporation*

*AT&T Inc. and BellSouth Corporation object to the jurisdiction of this Court over their persons. Pursuant to this objection, AT&T Inc. and BellSouth Corp. will move to dismiss this action under Fed. R. Civ. P. 12(b)(2).*

**NOTICE OF FILING AND SERVICE**

      I hereby certify that, on August 10, 2007, a copy of the foregoing was filed electronically and served by mail on any party unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by overnight mail to any party unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Sean A. Lev
Sean A. Lev (DC Bar # 449936)
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Facsimile: (202) 326-7999