**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION<br><br>This document relates to:<br><br>*Belloni v. Verizon Communications, Inc.* | ) MDL Docket No. **1798**<br>)<br>) Master File: 07-mc-0014 (RMU)<br>)<br>) Member Case: 07-cv-801<br>)<br>)<br>)<br>)<br>) |

## ERRATA TO DEFENDANTS' JOINT MOTION TO DISMISS THE AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)

Defendants Alltel Corp.; AT&T Inc.; BellSouth Corp.; CenturyTel Inc.; Global Crossing North America Inc.; Qwest Corp.; Sprint Nextel Corp.; Time Warner Inc.; T-Mobile USA, Inc.; Verizon Communications Inc.; Verizon Business Global LLC (successor to MCI, Inc.); and Virgin Mobile USA, LLC (collectively, "Defendants"), who are defendants in *Belloni, et al. v. Verizon Communications, Inc., et al.*, No. 07-cv-801 (RMU), submit this Errata in connection with their Joint Motion to Dismiss the Amended Complaint Under Fed. R. Civ. P. 12(b)(6) ("Joint Motion"). Attached as an Exhibit to this Errata is a Supplemental Certificate of Service, showing service of the Joint Motion, including all supporting documents, by Federal Express on the Attorneys shown on the attached Supplemental Certificate of Service. These Attorneys

apparently have not registered with the Court's ECF system and could not be served through that system. All other Attorneys of record have been served through the Court's ECF system.

Dated: August 10, 2007                                                          Respectfully submitted,

| | |
|---|---|
| /s/ *Daniel P. Collins* | /s/ *Michael B. Carlinsky* |
| Daniel P. Collins (DC Bar # 426546) | Michael B. Carlinsky |
| MUNGER, TOLLES & OLSON LLP | QUINN EMANUEL URQUHART |
| 355 South Grand Avenue, 35th Floor |   OLIVER & HEDGES, LLP |
| Los Angeles, CA 90071 | 5 1 Madison Avenue, 22nd Floor |
| (213) 683-9125 | New York, New York 10010 |
| | (212) 849-7000 |
| Attorneys for Defendants Verizon Communications Inc. and Verizon Business Global LLC (successor to MCI, Inc.) | Attorneys for Defendant Alltel Corp. |
| /s/ *Michael K. Kellogg* | /s/ *P. Scott Wolleson* |
| Michael K. Kellogg (DC Bar # 372049) | P. Scott Wolleson (La. Bar No. 22,691) |
| Sean Lev (DC Bar # 449936) | BREITHAUPT, DUNN, DUBOS, |
| KELLOGG, HUBER, HANSEN, TODD |   SHAFTO & WOLLESON, LLC |
|   EVANS & FIGEL, P.L.L.C | 1800 Hudson Lane |
| 1615 M Street, NW, Suite 400 | Suite 200-A |
| Washington, DC 20036 | Monroe, Louisiana 71201 |
| (202) 326-7900 | (318) 322-1202 |
| Attorneys for Defendants AT&T Inc. and BellSouth Corp. | Attorneys for Defendant CenturyTel, Inc. |

- 1 -

- 2 -

 /s/  *Danny E. Adams*
Danny E. Adams (DC Bar #259309)
Ira T. Kasdan (DC Bar # 292474)
KELLEY DRYE & WARREN LLP
3050 K Street, N.W.
Washington, D.C.  20007
(202) 342-8864

Attorneys for Defendant Global Crossing North America Inc.

 /s/  *Alejandro N. Mayorkas*
Alejandro N. Mayorkas
Sandra Sepulveda
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

Attorneys for Defendant Qwest Corp.

 /s/  *John W. Rogers*
John W. Rogers
BRYAN CAVE LLP
One Metropolitan Square Building
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000

Attorneys for Defendant Sprint Nextel Corp.

 /s/  *Henk Brands*
Henk Brands (DC Bar # 451710)
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1615 L Street, N.W., Suite 1300
Washington, DC 20036-5694
(202) 223-7300

Attorneys for Defendant Time Warner Inc.

 /s/  *Alan M. Unger*
Alan M. Unger
John J. Lavelle
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300

Attorneys for Defendant T-Mobile USA, Inc.

 /s/  *Susan L. Saltzstein*
Susan L. Saltzstein
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-4132

Attorneys for Defendant
Virgin Mobile USA, LLC

## **CERTIFICATE OF SERVICE**

I, Daniel P. Collins, certify that on August 10, 2007, I caused true and correct copies of this **ERRATA TO DEFENDANTS' JOINT MOTION TO DISMISS THE AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6) (attaching SUPPLEMENTAL CERTIFICATE OF SERVICE FOR JOINT MOTION TO DISMISS)** to be served by Federal Express, for delivery on the next business day, to the following Attorneys:

| | |
|---|---|
| Michael D. Leffel<br>Foley & Lardner, LLP<br>150 East Gilman Street<br>Madison, WI  53703-1481 | Richard F. Scruggs<br>Scruggs Law Firm, PA<br>120A Courthouse Square<br>Oxford, MS  38655-1136 |
| Kelechi O. Onyeobia<br>Christopher R. Neufeld<br>Law Offices of Kelechi O. Onyeobia, PC<br>1218 Walton Ave., Ste. 108<br>Bronx, NY  10452 | Christopher Weld, Jr.<br>Kevin T. Peters<br>Todd & Weld, LLP<br>28 State St.<br>Boston, MA  02110 |

All other attorneys of record will be served through the Court's ECF filing system.

  /s/  *Daniel P. Collins*
Daniel P. Collins (DC Bar # 426546)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
(213) 683-9125

Attorneys for Defendants Verizon
Communications Inc. and Verizon Business Global
LLC (successor to MCI, Inc.)

**SUPPLEMENTAL CERTIFICATE OF SERVICE FOR**

**JOINT MOTION TO DISMISS**

I, Daniel P. Collins, certify that on August 10, 2007, I caused true and correct copies of the following documents to be served by Federal Express, for delivery on the next business day, to the Attorneys shown on the attached service list:

1) **DEFENDANTS' JOINT MOTION TO DISMISS THE AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6);**

2) **DECLARATION OF DANIEL P. COLLINS IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS THE AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6) [WITH EXHIBITS A-I]; and**

3) **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS THE AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)**

All other attorneys of record were served through the Court's ECF filing system.

    /s/  *Daniel P. Collins*
Daniel P. Collins (DC Bar # 426546)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
(213) 683-9125

Attorneys for Defendants Verizon
Communications Inc. and Verizon Business Global
LLC (successor to MCI, Inc.)

**SERVICE LIST**

Michael D. Leffel
Foley & Lardner, LLP
150 East Gilman Street
Madison, WI  53703-1481

Richard F. Scruggs
Scruggs Law Firm, PA
120A Courthouse Square
Oxford, MS  38655-1136

Kelechi O. Onyeobia
Christopher R. Neufeld
Law Offices of Kelechi O. Onyeobia, PC
1218 Walton Ave., Ste. 108
Bronx, NY  10452

Christopher Weld, Jr.
Kevin T. Peters
Todd & Weld, LLP
28 State St.
Boston, MA  02110