UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re : | |
| : | MDL Docket No. 1798 |
| LONG-DISTANCE TELEPHONE SERVICE : | |
| FEDERAL EXCISE TAX REFUND : | Master File: 07-mc-0014 (RMU) |
| LITIGATION : | |
| : | Member Case: 07-cv-0051 (RMU) |
| This Document Relates To : | |
| *Cohen v. United States* : | |

## ORDER

For the reasons stated in the court's contemporaneously issued memorandum opinion, it is this 10th day of August 2007,

**ORDERED** that the defendant's motion to dismiss the plaintiff's APA complaint is **DENIED**.

RICARDO M. URBINA
United States District Judge