IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION ) ) ) ) ) ) | Master File: 07-ms-0014 (RMU)<br><br>MDL Docket No: 1798<br><br>**ALL CASES** |

## NOTICE OF APPEARANCE AND DESIGNATION OF ATTORNEY LIAISON

To the Clerk of the Court, please enter the appearance of Joseph E. Hunsader, in substitution for Ivan C. Dale, as attorney for defendant United States in the above-captioned cases. The United States hereby designates the undersigned as its attorney liaison for all purposes under sections 18(k) and 19 of this Court's January 29, 2007, Practice and Procedure Order.

Dated: October 29, 2007

/s/JOSEPH E. HUNSDER
JOSEPH E. HUNSADER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 514-0472
Attorney for defendant United States

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

2834458.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION ) ) ) ) ) ) ) | Master File: 07-ms-0014 (RMU)<br><br>MDL Docket No: 1798<br><br>**ALL CASES** |

**CERTIFICATE OF SERVICE**

I certify that on October 29, 2007, I caused this NOTICE OF APPEARANCE AND DESIGNATION OF ATTORNEY LIASON to be electronically filed with the Court and thereby caused this document to be served to each individual served via the Court's ECF system.

Dated: October 29, 2007

/s/Joseph E. Hunsader
Joseph E. Hunsader

2834458.1