LAW OFFICES OF
## KELECHI O. ONYEOBIA, P.C.
485 LORIMER STREET, SUITE 205
BROOKLYN, NEW YORK 11211
Tel. (646) 660-1964
Fax (718) 486-3626

LET THIS BE FILED
DATE: 11/1/07
*[signed]* JUDGE RICARDO M. URBINA

October 26, 2007

U.S. District Judge Ricardo M. Urbina
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW, Room 6006 Annex
Washington, DC 20001

RE:   *In Re: Long-Distance Telephone Service Federal Excise Tax Refund Litigation*
      This relates to member case *Belloni v. Verizon Communications, Inc.*
      **Master File: 07-mc-0014-RMU**
      **Member Case: 07-cv-801-RMU**
      **Request to Withdraw Complaint**

To the Honorable Ricardo M. Urbina:

Pursuant to the untimely death of Mr. Anthony Belloni this summer, the intended principal class representative for the aforementioned member case, and our further discussions with respect to defendants' motion to dismiss, we respectfully request that the complaint in the aforementioned action be withdrawn and the case closed. We have communicated to defendants' counsel the unfortunate circumstance of Mr. Belloni's passing and the intent to withdraw the complaint and seek closure of this member case.

We appreciate the Court's understanding of this matter.

Very truly yours,

*[signature]*
Christopher R. Neufeld, Esq.

cc:   Service List

## Service List

Richard F. Scruggs
SCRUGGS LAW FIRM, PA
120A Courthouse Square
P.O. Box 1136
Oxford, MS 38655-1136

Robert G. Smith
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West C Street
Suite 800
San Diego, CA 92101

Jonathan Watson Cuneo
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002

Benjamin F. Johns
CHIMICLES & TIKELLIS, LLP
361 West Lancaster Avenue
Haverford, PA 19041

Charles J. LaDuca
CUNEO WALDMAN & GILBERT, LLP
317 Massachusetts Avenue, NE
Suite 300
Washington, DC 20002

Christopher Weld, Jr.
TODD & WELD, LLP
28 State Street
Boston, MA 02110

Michael A. Bowen
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202

Gregory E. Van Hoey
U.S. DEPARTMENT OF JUSTICE
Tax Division
P.O. Box 7238
Washington, DC 20044-7238

Daniel P. Collins
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560

Sean A. Lev
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, PLLC
1615 M Street, NW
Suite 300
Washington, DC 20036

Alan M. Unger
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019-6018

Patrick S. Wolleson
BREITHAUPT, DUNN, DU BOS, SHAFTO &
WOLLESON, LLC
1800 Hudson Lane
Suite 200-A
Monroe, LA 71201

Henk J. Brands
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1615 L Street, NW
Suite 1300
Washington, DC 20036

Alejandro N. Mayorkas
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071

Susan L. Saltzstein
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
4 Times Square
New York, NY 10036

Michael B. Carlinsky
QUINN EMANUEL URQUHART OLIVER &
HEDGES
51 Madison Avenue
22nd Floor
New York, NY 10010

John W. Rogers
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway
St. Louis, MO 63102