IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| IN RE: LONG DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION<br><br>This Document Relates To<br>*Gurrola v. United States* | MDL Docket No. 1798<br>Master File: 1:07-mc-00014(RMU)<br><br>Docket No. 1:07-cv-00050-RMU |

## NOTICE OF APPEAL

Notice is hereby given that Oscar Gurrola, Rosalva Gurrola and Bernadette Carol Duffy, plaintiffs in *Gurrola v. United States*, Docket No. 07-cv-00050 (RMU), hereby appeal to the United States Court of Appeals for the District of Columbua Circuit from the Order and Memorandum Opinion entered in this action on the 25th day of March, 2008 (Docket Nos. 28-29).

Dated: May 23, 2008

LAW OFFICES OF MARK GRIFFIN LLC

By: /s/ Mark Griffin
Mark Griffin (OH Bar #0064141)
Pro HacVice granted by Judge Urbina (5/1/07)
175 Honeybelle Oval
Orange, Ohio 44022
Phone: (216) 346-7376
Fax: (216) 861-6679
E-mail: telecomlaw@hotmail.com

R. Eric Kennedy, Esq. (OH Bar #0006174)
Daniel P. Goetz, Esq. (OH Bar #0065549)
Weisman, Kennedy & Berris Co., L.P.A
1600 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
Phone: (216) 781-1111
Fax: (216) 781-6747
Email: ekennedy@weismanlaw.com
Email: dgoetz@weismanlaw.com

Randy J. Hart (OH Bar #0046793)
200 Public Square, Suite 3300
Cleveland, Ohio 44113
Phone: (216) 978-9150
Fax: (216) 241-2824
E-mail: csuosu@msn.com

Sheldon H. Sloan, Esq. (CA Bar #32334)
Lewis Brisbois Bisgaard & Smith
550 West C Street, 8th Floor
San Diego, CA 92010
619-233-1006/619-233-8627 Fax
sloan@lbbslaw.com

Lewis Brisbois Bisgaard & Smith
550 West C Street, Suite 800
San Diego, CA 92101

R. Gaylord Smith, Esq. (CA Bar #72726)
Lewis Brisbois Bisgaard & Smith
550 West C Street, 8th Floor
San Diego, CA 92010
619-233-1006/619-233-8627 Fax
smith@lbbslaw.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was submitted for filing with the U.S. District Court for the District of Columbia this 23rd day of May, 2008 and notice of this filing was sent by regular U.S. Mail, postage prepaid and e-mail to:.

**Steven N. Berk**
CHAVEZ & GERTLER, LLP
1225 15th Street, NW
Washington, DC 20005
(202) 232-7550
(202) 232-7556 (fax)
steven@chavezgertler.com

**Michael A. Bowen**
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 297-5538
mbowen@foley.com

**Henk J. Brands**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Litigation
1615 L Street, NW
Suite 1300
Washington, DC 20036
(202) 223-7373
(202) 223-7473 (fax)
hbrands@paulweiss.com

**Michael B. Carlinsky**
QUINN EMANUEL URQUHART OLIVER & HEDGES
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000
(212) 849-7100 (fax)
michaelcarlinsky@quinnemanuel.com

**Nicholas E. Chimicles**
CHIMICLES & TIKELLIS, LLP
3361 West Lancaster Avenue
Haverford, PA 19041
(610 6422-8500
nick@chimicles.com

**Daniel P. Collins**
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
(213) 683-9125
(213) 683-5125 (fax)

**Jonathan Watson Cuneo**
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
(202) 789-3960
(202) 789-1813 (fax)
jonc@cuneolaw.com

**Robert J. Cynkar**
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
(202) 587-5063
(202) 789-1813 (fax)
rcynkar@cuneolaw.com

**Ivan C. Dale**
US DEPARTMENT OF JUSTICE
Trial Attorneys, Tax Division
Post Office Box 227
Washington, DC 20044
(202)307-6615
(202) 514-6866 (fax)
Ivan.c.dale@usdoj.gov

**Burton A. Gross**
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA 94105
(415) 512-4024
(415) 512-4077 (fax)
burton.gross@mto.com

**Joseph E. Hunsader**
U.S. DEPARTMENT OF JUSTICE
P.O. Box 227
Washington, DC 20044
(202) 514-0472
(202) 514-6866 (fax)
joseph.e.hunsader@usdoj.gov

**Alex J. Kaplan**
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5839
(212) 839-5599 (fax)
ajkaplan@sidley.com

**Michael K. Kellogg**
KELLOGG, HUBER, HANSEN, TODD &
EVANS, P.L.L.C.
1615 M Street, NW
Sumner Square, Suite 400
Washington, DC 20036-3209
(202)326-7902
(202) 326-7999 (fax)
mkellogg@khhte.com

**Charles J. LaDuca**
CUNEO WALDMAN & GILBERT, LLP
317 Massachusetts AVenue, NE
Suite 300
Washington, DC 20002
(202) 789-3960
charlesl@cuneolaw.com

**John J. Lavelle**
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5396
(212) 839-5599 (fax)
jlavelle@sidley.com

**Michael D. Leffel**
FOLEY & LARDNER, LLP
150 East Gilman Street
Madison, WI 53703 1481

**Sean A. Lev**
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, PLLC
1615 M Street, NW
Suite 300
Washington, DC 20036
(202) 326-7975
(202) 326-7999 (fax)
slev@khhte.com

**Alejandro N. Mayorkas**
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6363
(213) 430-6407 (fax)
amayorkas@omm.com

**Rebecca Min**
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
4 Times Square
New York, NY 10036
(212) 735-3664
(917) 777-3664 (fax)
rmin@skadden.com

**Kevin T. Peters**
TONY & WELD
28 State Street
Boston, MA 02109
(617) 720-2626

**John W. Rogers**
Thompson Coburn LLP
One U.S. Bank Plaza
505 N. 7th Street
St. Louis, MO 63101
314-552-6257
314-552-7257 (fax)
jrogers@thompsoncoburn.com

**Susan L. Saltzstein**
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
4 Times Square
New York, NY 10036
(212) 735-4132
(917) 777-4132 (fax)
ssaltzst@skadden.com

**Sandra Sepulveda**
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000
(213) 430-6407 (fax)
ssepulveda@omm.com

**Alan M. Unger**
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019-6018
(212) 839-5785
(212) 839-5599 (fax)
aunger@sidley.com

**Gregory E. Van Hoey**
U.S. DEPARTMENT OF JUSTICE
Tax Division
P.O. Box 7238
Washington, DC 20044-7238
202-307-6391
202-514-6770 (fax)
gregory.van.hoey@usdoj.gov

**Christopher Weld, Jr.**
TODD & WELD, LLP
28 State Street
Boston, MA 02110
(617) 720-2626

**Patrick S. Wolleson**
BREITHAUPT, DUNN, DU BOS,
SHAFTO & WOLLESON, LLC
1800 Hudson Lane
Suite 200-A
Monroe, LA 71201
(318) 322-1202
(318) 322-1984 (fax)
swolleson@bddswlaw.com


_____
Mark Griffin (OH Bar #0064141)